# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | Civil Action No. MDL-875 |

| | | |
|---|---|---|
| **Plaintiffs On Attachment "A"** | : : | |
| v. | : : | **FILED** |
| **Defendants On Attachment "A"** | : : : | SEP 2 8 2009 |
| | | MICHAEL E. KUNZ, Clerk |
| | | By_____Dep. Clerk |

## ORDER

Upon consideration of the Motion to Withdraw, it is hereby

ORDERED that the motion is hereby GRANTED and Willard J. Moody, Jr. is withdrawn from all cases filed in the MDL 875 as listed on Attachment A.

IT IS SO ORDERED this 21st day of September, 2009.

_____
United States District Court for the
Eastern District of Pennsylvania
Eduardo C. Robreno, J.

Attachment A

| Case # | Style |
| --- | --- |
| 06cv68929 | Janet R. Earwood, Administrator of the Estate of Jack H. Earwood v. Norfolk Southern Railway Company |
| 07cv67174 | Edward A. Zalinski v. Consolidated Rail Corporation |
| 08cv90121 | John R. Reardon v. Belt Railway Company of Chicago |
| 08cv90146 | Eugene L. Stewart v. Belt Railway Company of Chicago |
| 08cv90269 | Charles J. Schaefer vs. Canadian National |
| 08cv90417 | Donald D. Butts v. American Standard, Inc., et al. |
| 08cv90420 | Walter V. Duffy v. American Standard, Inc., et al. |
| 08cv90422 | William E. Hinton v. American Standard, Inc., et al. |
| 08cv90423 | David L. Jennings v. American Standard, Inc., et al. |
| 08cv90424 | Norman A. Klass v. American Standard, Inc., et al. |
| 08cv90425 | Edward J. Stangl v. American Standard, Inc., et al. |
| 08cv90426 | Wilbur D. Stearman v. American Standard, Inc., et al. |
| 08cv90427 | Russell E. Torgeson v. American Standard, Inc., et al. |
| 08cv90430 | John R. Musser v. American Standard, Inc., et al. |
| 08cv90432 | Mauricio Pacheco v. American Standard, Inc., et al. |
| 08cv90433 | John M. Rielly v. American Standard, Inc., et al. |
| 08cv90434 | Joe R. Romero v. American Standard, Inc., et al. |
| 08cv90435 | Charles D. Sims v. American Standard, Inc., et al. |
| 08cv90436 | Jack D. Billings v. American Standard, Inc., et al. |
| 08cv90437 | Dale W. Erickson v. American Standard, Inc., et al. |
| 08cv90438 | Don R. Groff v. American Standard, Inc., et al. |
| 08cv90439 | Darvin L. Hansen v. American Standard, Inc., et al. |
| 08cv90440 | Leo A. Hernandez v. American Standard, Inc., et al. |
| 08cv90441 | William P. Marksman v. American Standard, Inc., et al. |
| 08cv90442 | Bert A. Olson v. American Standard, Inc., et al. |
| 08cv90443 | Manuel Aguilar v. American Standard, Inc., et al. |
| 08cv90444 | Russell J. Dahl v. American Standard, Inc., et al. |
| 08cv90445 | Aaron W. Edlin v. American Standard, Inc., et al. |
| 08cv90446 | Robert L. Patterson v. American Standard, Inc., et al. |
| 08cv90447 | John L. Pepin v. American Standard, Inc., et al. |
| 08cv90448 | Kenneth E. Pikula v. American Standard, Inc., et al. |
| 08cv90449 | William D. Radmer v. American Standard, Inc., et al. |
| 08cv90450 | Kenneth A. Russell v. American Standard, Inc., et al. |
| 08cv90452 | William H. Monroe, Jr., Personal Representative of the Estate of Robert Coz Robles, Deceased v. American Standard, Inc., et al. |
| 08cv92209 | Henry Staub, III v. Toledo, Peoria & Western Railway, et al |
| 09cv62670 | Dennis R. Callihan v. American Standard, Inc., et al. |
| 09cv62700 | William H. Monroe, Jr., Personal Representative of the Estate of James Knight Rogers, Deceased v. Burlington Northern And Santa Fe Railway Company, et al |

| | |
|---|---|
| 09cv63426 | Vicci R. Jerald, Personal Representative of the Estate of Thomas Warren Jerald, Deceased v. Camas Prairie Railroad Company |
| 09cv63429 | Bishop L. Haddox v. Camas Prairie Railroad Company |
| 09cv64582 | Joe G. Kasler v. Norfolk Southern Railway Company |
| 09cv64583 | Terry R. Culver v. CSX Transportation, Inc. |
| 09cv64584 | Wilbur J. Dossey v Consolidated Rail Corporation |
| 09cv64585 | Herbert Horace Ross v. CSX Transportation, Inc. |
| 09cv64586 | Warren W. Carlson v Norfolk Southern Railway Company |
| 09cv65626 | Paul A. Fowler, Sr. v. American Standard, Inc., C68et al. |
| 09cv65627 | Don F. Gulbronson v. American Standard, Inc., et al. |
| 09cv65833 | Helen Workman, Individually and as Trustee for the Heirs and Next-of-Kin to Robert A. Workman, Deceased v. Burlington Northern & Santa Fe Railway Company, et al |
| 09cv65834 | Robert J. Hendricks v. Soo Line Railroad |
| 09cv65835 | Harold J. Ray vs. Soo Line Railroad Company |
| 09cv65837 | David Lee Ebnet v. Garlock et al |
| 09cv65838 | Leland Alton Engelstad v. Garlock |
| 09cv65839 | Kenneth Alfred Erickson v. Garlock et al |
| 09cv65840 | Elmer Leon Forsman v. Garlock |
| 09cv65841 | John Kent Kemppainen v. Garlock et al |
| 09cv65842 | Luther Charles Lageson v. Garlock et al |
| 09cv65843 | Ray Latvamaki v. Garlock et al |
| 09cv65844 | Kenneth Oliver Lerol v. Garlock et al |
| 09cv65845 | John Thomas Lorch v. Garlock et al |
| 09cv65846 | Francis R. McGinnis v. Garlock et al |
| 09cv65847 | William Victor Perko v. Garlock et al |
| 09cv65848 | John Thomas Plesha v. Garlock et al |
| 09cv65849 | Warner J. Rannow v. Garlock et al |
| 09cv65850 | Raymond Joseph Schaefbauer v. Garlock et al |
| 09cv65851 | Loren Souder v. Garlock et al |
| 09cv65852 | Theodore W. Souder v. Garlock et al |
| 09cv65853 | Robert Alexander Varani v. Garlock et al |
| 09cv65856 | Ben S. Dauphin v. Soo Line Railroad Company |
| 09cv65883 | Sylvan Rudolph Opitz v. Garlock et al |
| 09cv65884 | Allen Keith Knox v. Garlock et al |
| 09cv65896 | Gerald Lee Lacoursiere v. Garlock et al |
| 09cv65918 | Robert Fredrick Klingsporn v. Garlock et al |
| 09cv65919 | Keith LeRoy Dayton v. Garlock et al |
| 09cv65920 | Edward A. Johnson v. Soo Line Railroad Company |
| 09cv65921 | Brian Garrett v. Soo Line Railroad Company |
| 09cv65922 | Jhue Coleman v. Soo Line Railroad Company |
| 09cv65927 | Sheldon Lynn Anderson v. Garlock et al |

| | |
|---|---|
| 09cv65928 | Ralph John Arezzo v. Garlock et al |
| 09cv65931 | Raymond Joseph Brula v. Garlock et al |
| 09cv65933 | Robert R. Byron v. Garlock et al |
| 09cv65938 | Patrick M. Brennan v. Garlock et al |
| 09cv65940 | Daniel Clarence Gallagher v. Garlock et al |
| 09cv65943 | Norman Lee Leppala v. Garlock et al |
| 09cv65944 | John Anthony Lustig v. Garlock et al |
| 09cv65945 | John Joseph Marvel v. Garlock et al |
| 09cv65946 | Donald Arthur Menton v. Garlock et al |
| 09cv65947 | Bernard John Michals v. Garlock et al |
| 09cv65955 | Doane August Scheunemann v. Garlock et al |
| 09cv65959 | Richard Eugene Specht v. Garlock et al |
| 09cv65963 | Gail Willard Woodward v. Garlock et al |
| 09cv65964 | Albert Yerich v. Garlock et al |
| 09cv65968 | Francis Wayne Coy v. Garlock et al |
| 09cv65969 | Richard Willard Eklund v. Garlock et al |
| 09cv65970 | Kent Ernest Flaada v. Garlock et al |
| 09cv65971 | Harry A. Friesner v. Garlock et al |
| 09cv65973 | Lester Leroy Haveri v. Garlock et al |
| 09cv65975 | Darrel Floyd Johnson v. Garlock et al |
| 09cv65976 | Harold Waino Johnson v. Garlock et al |
| 09cv65977 | Herbert James Johnson v. Garlock et al |
| 09cv65978 | Daniel Joseph Kedrowski v. Garlock et al |
| 09cv65979 | Raymond Wayne Lindberg v. Garlock et al |
| 09cv65980 | John Frederick Rokser v. Garlock et al |
| 09cv65982 | Richard Roy Tornow Sr. v. Garlock et al |
| 09cv65983 | David Luther Trach v. Garlock et al |
| 09cv65985 | Gary Lee Kopp v. Garlock et al |
| 09cv65986 | Robert V. Johnson v. Garlock et al |
| 09cv65987 | Alice I. Johnson, Individually and as Trustee for the Heirs and Next-of-Kin to Clarence Allan Johnson, Deceased v. Garlock et al |
| 09cv65989 | James M. Krasaway v. Garlock et al |
| 09cv65990 | Willard Victor Lakela v. Garlock et al |
| 09cv65991 | Walter Andrew Latola v. Garlock et al |
| 09cv65994 | Joseph Alex Marcella v. Garlock et al |
| 09cv65995 | Roger Warren Moberg v. Garlock et al |
| 09cv65997 | James Richard Wright v. Garlock et al |
| 09cv65998 | Roger Leonard Trowbridge v. Garlock et al |
| 09cv65999 | Emery Clarence Trangsrud v. Garlock et al |
| 09cv66002 | Darrel Raymond Delage v. Garlock et al |
| 09cv66003 | Wallace Lynn Whitman v. Garlock et al |

| | |
|---|---|
| 09cv66005 | Marvin Giese v. Garlock et al |
| 09cv66006 | Melvin O. Haugen v. Garlock et al |
| 09cv66010 | Loren Louis Radtke v. Garlock et al |
| 09cv66012 | Robert John Smith v. Garlock et al |
| 09cv66013 | Anthony Robert Turk v. Garlock et al |
| 09cv66014 | Bonnie Walden v. Garlock et al |
| 09cv66015 | Michael E. Blaisdell v. Garlock Sealing Technologies et al |
| 09cv66016 | Roy C. Carlson v. Garlock Sealing Technologies et al |
| 09cv66017 | Mayo W. Chance v. Garlock Sealing Technologies et al |
| 09cv66018 | Eino Himango v. Garlock Sealing Technologies et al |
| 09cv66019 | Verner L. Keskitalo v. Garlock Sealing Technologies et al |
| 09cv66020 | Robert E. King v. Garlock, et al |
| 09cv66021 | John J. Krezel v. Garlock Sealing Technologies |
| 09cv66022 | David J. Olson v. Garlock Sealing Technologies et al |
| 09cv66023 | Richard W. Roy v. Garlock Sealing Technologies et al |
| 09cv66024 | Gene W. Olds v. Garlock Sealing Technologies et al |
| 09cv66025 | Roland R. Lamke v. Garlock Sealing Technologies et al |
| 09cv66026 | Douglas H. McKillop, Individually and as Trustee for the Heirs and Next-of-Kin to Hugh K. McKillop, Deceased v. Garlock et al |
| 09cv66029 | Edward C. Baker v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66030 | Victor G. Barta Jr. v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66031 | Charles R. Bibeau v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66032 | Peter B. Boorman v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66040 | Merle L. Gibson v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66041 | Frank M. Gruden v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66043 | Roger P. Holmstrom v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66046 | Mark T. Jacobs v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66047 | Alden H. Judnitsch v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66048 | Raymond Kiefat v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66049 | Leo L. Kusi v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66050 | Vern L. Larson v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66051 | Milton M. Lerfald v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66052 | Gerald C. Lesnau v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66053 | Donald R. Malley v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66055 | Lyle F. Olds v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66056 | Dale K. Olson v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66057 | Arnold M. Rudolph v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66059 | Thomas P. Savage v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66060 | Virginia Sweney, Individually and as Trustee for the Heirs and Next-of-Kin to, Leon Merle Sweney, Deceased v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66061 | Phillip A. Tabery v. Garlock Sealing Technologies, L.L.C., et al |

| | |
|---|---|
| 09cv66062 | David L. Uren v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66063 | Alvin A. Von Holdt v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66064 | Jerome Wiener v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66065 | Leroy J. Wirre v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66066 | Louis Wirre v. Garlock Sealing Technologies, L.L.C., et al |
| 09cv66067 | Roy D. Beauregard v. Garlock Sealing Technologies LLC, et al |
| 09cv66072 | Brenda Bischoff, Individually and as Trustee for the Heirs and Next-of-Kin to Donald E. Bischoff, Deceased v. Garlock, Inc. et al |
| 09cv66073 | Douglas A. Nystedt v. Garlock Sealing Technologies, et al |
| 09cv66076 | Robert E. Mannelin v. Garlock Sealing Technologies, et al |
| 09cv66077 | Lawrence Maul v. Garlock Sealing Technologies, et al |
| 09cv66097 | Michael L. Paun v. Garlock Sealing Technologies LLC, et al |
| 09cv66121 | Catherine R. Mingo v. Garlock Sealing Technologies, et al |
| 09cv66122 | Robert H. Bromley v. American Standard, Inc., et al. |
| 09cv66123 | Hayward L. Cox v. American Standard, Inc., et al. |
| 09cv66124 | Charles L. Petty, Jr. v. American Standard, Inc., et al. |
| 09cv66125 | Allan Rauch v. American Standard, Inc., et al. |
| 09cv66126 | Ted L. Rush v. American Standard, Inc., et al. |
| 09cv66132 | Alex Watson v. American Standard, Inc., et al. |
| 09cv66133 | Raymond R. Weishaar v. American Standard, Inc., et al. |
| 09cv66134 | Floyd Welch v. American Standard, Inc., et al. |
| 09cv66135 | Larry E. Worley v. American Standard, Inc., et al. |
| 09cv66742 | John R. Younkman v. Burlington Northern and Santa Fe Railway Company |
| 09cv66743 | Curtis C. Lunkins v. Burlington Northern & Santa Fe Railway Company |
| 09cv66747 | Lawrence G. Breedlove v. Burlington Northern and Santa Fe Railway Company |
| 09cv66748 | Mary C. Jancich v. Burlington Northern & Santa Fe Railway Company |
| 09cv66749 | Loren D. Studt v. Burlington Northern & Santa Fe Railway Company |
| 09cv66750 | Alvin P. Moran v. Burlington Northern and Santa Fe Railway Company |
| 09cv66751 | William H. Monroe, Jr., Personal Representative of the Estate of William W. Hottel, Deceased v. Burlington Northern and Santa Fe Railway Company |
| 09cv66752 | Gilbert E. Koehn v. Burlington Northern and Santa Fe Railway Company |
| 09cv66753 | William Tell Landis v. Burlington Northern and Santa Fe Railway Company |
| 09cv66754 | James A. Stubenhofer v. Burlington Northern and Santa Fe Railway Company |
| 09cv66755 | Bill J. Stanley v. Burlington Northern and Santa Fe Railway Company |
| 09cv66756 | Wilburn D. Isaacs v. Burlington Northern and Santa Fe Railway Company |
| 09cv66757 | William H. Monroe, Jr., Personal Representative of the Estate of Billy M. Henry, Deceased v. Burlington Northern and Santa Fe Railway Company |
| 09cv66758 | Jesus P. Velasquez v. Burlington Northern and Santa Fe Railway Company |
| 09cv66759 | Gary L. Lane v. Burlington Northern and Santa Fe Railway Company |
| 09cv66763 | Larry Schrock v. Burlington Northern and Santa Fe Railway Company |
| 09cv67005 | Clarence W. Leslie vs. Burlington Northern & Santa Fe Railway Company |

| | |
|---|---|
| 09cv67006 | William J. Sellars vs. Burlington Northern & Santa Fe Railway Company |
| 09cv67028 | William H. Monroe, Jr., Personal Representative of the Estate of Samuel M. May, Deceased, v. Burlington Northern & Santa Fe Railway Company |
| 09cv67038 | Frank E. Davis v. Burlington, Northern & Santa Fe Railway Company |
| 09cv67040 | Mark P. Gwinn, Sr. v. Burlington Northern & Santa Fe Railway Company |
| 09cv67041 | Orlando C. Garcia v. Burlington Northern & Santa Fe Railway Company |
| 09cv67057 | Marion L. Nichols v. Burlington Northern and Santa Fe Railway Company |
| 09cv67059 | Jack D. Byers v. Burlington Northern & Santa Fe Railway Company |
| 09cv67060 | Russell E. Ward v. Burlington Northern & Santa Fe Railway Company |
| 09cv67061 | Antonio Padilla, Jr., v. Burlington Northern & Santa Fe Railway Company |
| 09cv67063 | Ronald Sanchez v. Burlington Northern & Santa Fe Railway Company |
| 09cv67064 | Tim R. Sanchez v. Burlington Northern & Santa Fe Railway Company |
| 09cv67065 | Ron Butler v. Burlington Northern & Santa Fe Railway Company |
| 09cv67067 | William H. Monroe, Jr., Administrator of the Estate of Leo T. Jaramillo v. Burlington Northern & Santa Fe Railway Company |
| 09cv67068 | Mauricio R. Gabaldon v. Burlington Northern & Santa Fe Railway Company |
| 09cv67069 | Russell E. Brian v. Burlington, Northern & Santa Fe Railway Company |
| 09cv67070 | William H. Monroe, Jr., Personal Representative of the Estate of William W. Powers, Sr., Deceased, v. Burlington Northern & Santa Fe Railway Company |
| 09cv67071 | Coleman D. Hunt v. Burlington Northern & Santa Fe Railway Company |
| 09cv67087 | Robert L. Murrell vs. Burlington Northern & Santa Fe Railway Company |
| 09cv67096 | Willie R. Chavez v. Burlington, Northern & Santa Fe Railway |
| 09cv67097 | Albert Vallejos v. Burlington Northern & Santa Fe Railway Company |
| 09cv67110 | Frank H. Todd v. American Standard, Inc., et al. |
| 09cv67111 | Donald H. Stewart v. American Standard, Inc., et al. |
| 09cv67112 | Ollie B. Pearson v. American Standard, Inc., et al. |
| 09cv67113 | Robert W. Yokley v. American Standard, Inc., et al. |
| 09cv67114 | Arlen L. Willis v. American Standard, Inc., et al. |
| 09cv67115 | Paul J. Willacker v. American Standard, Inc., et al. |
| 09cv67116 | James C. Spangler v. American Standard, Inc., et al. |
| 09cv67117 | Titus R. Shelby v. American Standard, Inc., et al. |
| 09cv67118 | Robert J. Hoey v. American Standard, Inc., et al. |
| 09cv67119 | Edward L. Stanaland v. American Standard, Inc., et al. |
| 09cv67120 | Warren D. Janke v. American Standard, Inc., et al. |
| 09cv67121 | Gary A. Smith v. American Standard, Inc., et al. |
| 09cv67122 | John M. Kellogg v. American Standard, Inc., et al. |
| 09cv67123 | Trina Baldwin, Personal Representative of the Estate of Katie Mae Beltran, Deceased v. American Standard, Inc., et al. |
| 09cv67124 | Clifford D. Henderson v. American Standard, Inc., et al. |
| 09cv67125 | William H. Monroe, Jr., Personal Representative of the Estate of Charles Franklin Greene, Deceased v. American Standard, Inc., et al. |
| 09cv67126 | Norman B. Cook v. American Standard, Inc., et al. |
| 09cv67127 | Kenneth J. Carter v. American Standard, Inc., et al. |

| | |
|---|---|
| 09cv67128 | Elmer Brooks v. American Standard, Inc., et al. |
| 09cv67129 | Donald F. Brooks v. American Standard, Inc., et al. |
| 09cv67130 | Roger H. Abbott v. American Standard, Inc., et al. |
| 09cv70176 | William H. Monroe, Jr., Personal Representative of the Estate of Willard Walter Schadewald, Deceased v. American Standard, Inc., et al. |
| 09cv70177 | Thomas F. Siminski v. American Standard, Inc., et al. |
| 09cv70178 | Milton G. Snavely v. American Standard, Inc., et al. |
| 09cv70179 | William H. Monroe, Jr., Personal Representative of the Estate of Herbert Dee Corns, Deceased v. American Standard, Inc., et al. |
| 09cv70180 | William H. Monroe, Jr., Personal Representative of the Estate of Donald Eugene Buckmaster, Deceased v. American Standard, Inc., et al. |
| 09cv70181 | Zane M. Steele, Sr. v. American Standard, Inc., et al. |
| 09cv70182 | William J. Adams v. American Standard, Inc., et al. |
| 09cv70183 | Thomas R. Berkshire v. American Standard, Inc., et al. |
| 09cv70184 | Franklin D. Bess v. American Standard, Inc., et al. |
| 09cv70185 | Ivan J. Garman v. American Standard, Inc., et al. |
| 09cv70186 | William H. Monroe, Jr., Personal Representative of the Estate of John Maurice Gribbin, Deceased v. American Standard, Inc., et al. |
| 09cv70187 | Thomas E. Hutchins v. American Standard, Inc., et al. |
| 09cv70634 | Victor G. Petrick v. CSX Transportation, Inc. |
| 09cv70635 | Bobby Lee Duty v. CSX Transportation, Inc. |
| 09cv70636 | Frank H. Johnson v. v. CSX Transportation, Inc. |
| 09cv70637 | Milton Holliday v. CSX Transportation, Inc. |
| 09cv74760 | George W. McMullen v. American Standard, Inc., et al. |
| 09cv74761 | Franklin R. Payne v. American Standard, Inc., et al. |
| 09cv74762 | William H. Monroe, Jr., Personal Representative of the Estate of Jack Walker Ruff, Sr., Deceased v. American Standard, Inc., et al. |
| 09cv74765 | John H. Ankoviak v. American Standard, Inc., et al. |
| 09cv74766 | George E. Bierzynski v. American Standard, Inc., et al. |
| 09cv74767 | Richard H. Chattin v. American Standard, Inc., et al. |
| 09cv74768 | Sherman A. Fields, Jr. v. American Standard, Inc., et al. |
| 09cv74769 | Bobby N. Holland v. American Standard, Inc., et al. |
| 09cv74770 | Francis R. Jenkins, Sr. v. American Standard, Inc., et al. |
| 09cv74771 | Ray Lathrop v. American Standard, Inc., et al. |
| 09cv80080 | Paul D. Holland v. American Standard, Inc., et al. |
| 09cv80081 | Albert J. Koppe v. American Standard, Inc., et al. |
| 09cv80082 | Roger A. Modreske v. American Standard, Inc., et al. |
| 09cv80083 | Wayne Reece v. American Standard, Inc., et al. |
| 09cv80084 | Gerald F. Olesen v. American Standard, Inc.,et al. |
| 09cv80085 | Ronald E. Adams v. American Standard, Inc., et al. |
| 09cv80086 | David T. Alkema v. American Standard, Inc., et al. |
| 09cv80087 | Charles E. Denz v. American Standard, Inc., et al. |
| 09cv80088 | C. Duane Tillery v. American Standard, Inc., et al. |
| 09cv80089 | Weldon R. Weeden v. American Standard, Inc., et al. |